# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

**Plaintiff,**

v.                         Case No: 6:17-cv-886-Orl-18TBS

**GAMAL S. BADREG,**

**Defendant.**

## ORDER

This cause came on for consideration without oral argument on Plaintiff United States of America's Motion for Default Judgment (Doc. 10), to which Defendant Gamal S. Badreg did not file a response. The Motion for Default Judgment (Doc. 10) was referred to the United States Magistrate Judge for a report and recommendation. On August 30, 2017, United States Magistrate Judge Thomas B. Smith entered his Report and Recommendation (Doc. 11), and no objections have been filed. The Court, having reviewed the Report and Recommendation (Doc. 11), hereby **ORDERS** and **ADJUDGES** as follows:

1. In light of Plaintiff United States of America's Notice to the Court that it is not seeking costs in this action (Doc. 12), filed on October 4, 2017, the Court **REJECTS** the recommendation to give Plaintiff fourteen (14) days to submit a bill of costs or notice it is not seeking costs. In all other respects, the Report and Recommendation (Doc. 11) is hereby **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. Plaintiff United States of America's Motion for Default Judgment (Doc. 10) is **GRANTED**.

3. The Clerk of Court is directed to **ENTER JUDGMENT** against Defendant Gamal S. Badreg and in favor of Plaintiff United States of America in the total amount of $44,191.83 and to subsequently **CLOSE** the case.

**DONE AND ORDERED** in Orlando, Florida, this \_\_\_17\_\_\_ day of October, 2017.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Unrepresented Parties